IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Martha Cecilia Reza Saenz, Veronica Reza Saenz, Jose Raymundo Moran Castillo, Carlos Roman-Bustamante, Nelida Dimas-Zavala, Blanca Flora, Adriana Fernandez Guillen Sandoval, Huber Giles, Reyna Jop-Canseco, Gabriela Vazquez Chavez, Ruben Flores Villalobos, Manuel Gaytan Quintana, Delia Garzona Garcia De Moran, William De Jesus Santiago Jop, Adolfo Delgado Mendoza, Alfredo Arce-Abarca, Silvia Raygoza-Robles, Carolina Roman Roman Garcia, Karina Avila Trejo, Fidel Garcia-Flores, Edgar Eduardo Garzona Garcia, Ademir Alejandro Galvan Hernandez, Elias Garcia-Bustamante, Samuel Ramirez-Ojeda, Pedro Bahena-Guadarrama, Bilmer Ojeda-Chavez, and Maria Elena Brito-Martinez individually and on behalf of other employees similarly situated, Plaintiffs<br>v.<br>Fisher Container Corp. and Michael D. Fisher, individually, Defendants | Case No. 1:16-cv-9939<br>Judge: Hon. Matthew F. Kennelly |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The Plaintiffs, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), the opposing parties having neither filed an Answer or a Motion for Summary Judgment, respectfully request that this Honorable Court dismiss all causes of action against Defendants, without prejudice.

Respectfully submitted on Thursday, November 03, 2016

_[signature]_

**Valentin T. Narvaez**
Plaintiffs' counsel

Consumer Law Group, LLC
6232 N. Pulaski, Suite 200
Chicago, IL 60646
Direct: 312-878-1302
vnarvaez@yourclg.com