UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Martha Cecilia Reza Saenz, et al.
                    Plaintiff,
v.                                              Case No.: 1:16−cv−09939
                                                Honorable Matthew F. Kennelly
Fisher Container Corp, et al.
                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 4, 2016:

MINUTE entry before the Honorable Matthew F. Kennelly: Pursuant to the notice of voluntary dismissal [4], this case is dismissed without prejudice. Civil case terminated. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.